# Exhibit 7

## In The Matter Of:
*Williams, et al. vs.*
*Officer Laronde, et al.*

*Officer Fabien Laronde*
*Vol. 1*
*October 13, 2011*

*Gore Brothers Reporting & Videoconferencing*
*20 South Charles Street, Suite 901*
*Baltimore, MD 21201*
*410-837-3027*
*www.gorebrothers.com*



Original File 101311fl.txt
Min-U-Script with Word Index

1 his hands towards his waistband and shielding himself
2 and was turning his back to us.
3     It's uncommon for someone to do that, based
4 on previous arrests. And just dealing with narcotics
5 and weapons, I believe he had a weapon or narcotics. At
6 that time, I withdrew my weapon. Advised him several
7 times to show me his hands.
8     Q.    Let me ask you a few questions about what
9 you stated so far.
10     You said that you believed that
11 Mr. Williams -- when you say the subject, you're
12 referring to Mr. Wesley Williams?
13     A.    Correct.
14     Q.    You said you believed he had suspected
15 narcotics?
16     A.    Correct.
17     Q.    What specific narcotic did you think he
18 possessed?
19     A.    I saw a plastic bag in his hand. So in that
20 plastic bag could have been cocaine, heroin or
21 marijuana.

1 Q. What part of the plastic bag did you see in
2 his hand?
3 A. The whole top of it. The only thing that
4 was concealed which was the bottom, which he was
5 holding.
6 Q. And based on that, you believed he had
7 narcotics?
8 A. Based on the area, the way he exited the
9 vehicle, then the sudden abrupt movements he made to get
10 back into the vehicle once he observed our presence. At
11 that time, I believe that was -- all those things
12 together led me to believe that he had something he
13 should not -- something illegal.
14 Q. Okay. I want to clarify. Number one, you
15 said that because of the area?
16 A. Correct.
17 Q. Okay. And what area was this again?
18 A. This is the 2700-block of West Fairmount.
19 It's a known open air drug market. Drugs are readily
20 available, cocaine, heroin, marijuana are sold and
21 bought on that block.

1     Q.     Okay. Which bag did he have the hand in?
2     A.     I believe it was his right. I might have
3 even stated it. Hold on. I believe it was his right.
4 I don't remember exactly though.
5     Q.     And --
6     A.     Actually, I don't know. I don't remember.
7     Q.     So he has the bag in what you believe to be
8 his right hand?
9     A.     I don't -- I don't remember. It could be.
10 I think it's his right though.
11     Q.     Okay. And what portion of the bag did you
12 see?
13     A.     The top of the bag. Whatever was concealed
14 inside he had in his palm. And he had the bag sticking
15 out of his hand.
16     Q.     And so he sees you and which way does he
17 turn?
18     A.     He immediately turns and goes back into the
19 car.
20     Q.     Which way?
21     A.     Turns around.